# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN INC., WI-LAN USA, INC., and WI-LAN LABS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TCT MOBILE (US) INC., HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., and TCL MOBILE COMMUNICATION (HK) CO., LTD., <br><br> Defendants. | Case No.: 8:24-cv-01403-JVS-ADS <br><br> **ORDER OF DISMISSAL [35]** |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation of the parties, the claims brought by Wi-LAN Inc., Wi-LAN USA, Inc., and Wi-LAN Labs, Inc. on the one hand, and Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile (US) Inc., and TCL Mobile Communication (HK) Co., Ltd., on the other hand, shall be dismissed WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: February 11, 2025

_____
JAMES V. SELNA
United States District Judge